McGREGOR W. SCOTT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DR. TARLOCHAN SINGH, DDS,
INDIVIDUALLY AND AS A RELATOR
ON BEHALF OF THE UNITED STATES
OF AMERICA and THE STATE OF
CALIFORNIA; DR. SUKHMEET KAUR,
DDS, INDIVIDUALLY AND AS A
RELATOR ON BEHALF OF THE UNITED
STATES OF AMERICA and THE STATE OF
CALIFORNIA,

               Plaintiffs,

    v.

LIVINGSTON COMMUNITY HEALTH;
HILMAR DENTAL CENTER; DELHI
DENTAL CENTER; and DOES 1-100,

               Defendants.

CASE NO.  1:18-cv-01126-NONE-SAB

**ORDER RE:  UNITED STATES
OF AMERICA'S NOTICE OF ELECTION TO
DECLINE INTERVENTION**

**[FILED UNDER SEAL]**

The United States of America, having declined to intervene in this action pursuant to the

False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED that,

1.  The complaint be unsealed and served upon the defendants by the relators;

2.  All other contents of the Court's file in this action remain under seal and not be made

public or served upon the defendants, except for this Order and United States of America's Notice of

Election to Decline Intervention, which the relators will serve upon the defendants only after service

ORDER RE: UNITED STATES OF AMERICA'S
NOTICE OF ELECTIONTO DECLINE INTERVENTION

of the First Amended Complaint;

3.  The seal be lifted as to all other matters occurring in this action after the date of this Order;

4.  The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5.  The parties shall serve all notices of appeal upon the United States;

6.  All orders of this Court shall be sent to the United States; and that

7.  Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated:   **November 13, 2020**

_____
UNITED STATES DISTRICT JUDGE