# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVINGSTON COMMUNITY HEALTH, HILMAR DENTAL CENTER; et al., <br><br> Defendants. | Case No.: 1:18−cv−01126−NONE−SAB <br><br> ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE <br><br> (ECF No. 33) |

On February 4, 2021, the parties filed a stipulation to continue the scheduling conference set in this matter for February 11, 2021. The Court finds that good cause exists to continue the scheduling conference.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The scheduling conference set for February 11, 2021, is CONTINUED to **March 4, 2021, at 9:30 a.m.** in Courtroom 9; and
2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **February 5, 2021**

UNITED STATES MAGISTRATE JUDGE

1