**Russell K. Ryan, #139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**
**Email: rkr@mmwbr.com**

Attorneys for Defendant
LIVINGSTON COMMUNITY HEALTH,
individually and dba HILMAR DENTAL
CENTER and dba DELHI DENTAL
CENTER

**Joel H. Siegal SBN: 117044**
**Richard L. Richardson SBN: 250676**
**Siegal & Richardson LLP 436 14th Street, Suite 1106**
**Oakland, California 94612**
**Telephone (510) 271–6723**
**Facsimile (510)500-9512**
**Email: richard@rrichardsonlaw.com**

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS, individually and as Relator on behalf of the United States of America and The State of California; DR. SUKHMEET KAUR, individually, and as a Relator on behalf of the United States of America and The State of California,<br><br>            Plaintiffs,<br><br>     v.<br><br>LIVINGSTON COMMUNITY HEALTH, HILMAR DENTAL CENTER; DELHI DENTAL CENTER,<br><br>            Defendants. | Case No.:  1:18−cv−01126−JLT−SAB<br><br>**STIPULATION AND [~~PROPOSED~~] MODIFIED ORDER TO CONTINUE TRIAL AND RELATED DATES AND TO AMEND PRETRIAL ORDER**<br><br>Deadlines:<br><br>Motions in Limine:  September 2, 2025<br>Oppositions to Motions in Limine: September 9, 2025<br>Trial Submissions:  September 22, 2025<br><br>Jury Trial:  September 30, 2025 (7-10 days estimate) |

1    Plaintiffs Tarlochan Singh, DDS and Sukhmeet Kaur, DDS ("**Plaintiffs**")
2    and Defendant Livingston Community Health dba Hilmar Dental and dba Delhi Dental
3    Center ("**Livingston**"), by and through their respective counsel of record, hereby
4    STIPULATE AND AGREE as follows:
5    IT IS STIPULATED between the parties that trial date and related dates
6    be continued, and the Pretrial Order filed November 13, 2024 be amended accordingly,
7    to the following dates:

| | |
|---|---|
| Jury Trial (7-10 days) | September 30, 2025 |
| Exhibit Binders Due to Court: | September 25, 2025 |
| *Voir Dire* and Neutral Statement[1]: | September 22, 2025 |
| Jury Instructions Filed: | September 16, 2025 |
| Joint Verdict Form: | September 16, 2025 |
| Oppositions to Motions in Limine: | September 9, 2025 |
| Deadline to Meet and Confer re Jury Instructions and Verdict Form: | September 9, 2025 |
| Motions in Limine: | September 2, 2025 |
| Deadline to Serve on Counsel Proposed Jury Instructions and Proposed Verdict: | September 2, 2025 |

Dated:  December 9, 2024        MOTSCHIEDLER, MICHAELIDES,
                                WISHON, BREWER & RYAN, LLP

                                By: /s/Russell K. Ryan
                                    Russell K. Ryan, Attorneys for
                                    Defendant Livingston Community
                                    Health

Dated:  December 9, 2024        SIEGAL & RICHARDSON, LLP

                                By:  /s/ Joel H. Siegal
                                    Joel H. S, Attorney for
                                    Plaintiffs Tarlochan Singh, DDS
                                    and Sukhmeet Kaur, DDS

---

[1] The court has ordered that the parties are relieved of their obligation to file a trial brief under Local Rule 285, but if a party wishes to do so, the briefs must be in accordance with Local Rule 285 and filed on or before September 22, 2025.

ORDER

Good cause appearing, the stipulation is adopted with certain modifications to accommodate the Court's schedule indicated in red below:

| | |
|---|---|
| Jury Trial (7-10 days) | September 30, 2025 |
| Exhibit Binders Due to Court: | September 25, 2025 |
| *Voir Dire* and Neutral Statement[2]: | September 22, 2025 |
| Jury Instructions Filed: | September 9, 2025 |
| Joint Verdict Form: | September 9, 2025 |
| Oppositions to Motions in Limine: | September 2, 2025 |
| Deadline to Meet and Confer re Jury Instructions and Verdict Form: | September 2, 2025 |
| Motions in Limine: | August 26, 2025 |
| Deadline to Serve on Counsel Proposed Jury Instructions and Proposed Verdict: | August 26, 2025 |

The parties and their counsel are reminded that they are subject to sanctions, including dismissal or entry of default, for failure to fully comply with the pretrial order, as amended by this order, and its requirements.

IT IS SO ORDERED.

Dated: **December 11, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

---

[2] The court has ordered that the parties are relieved of their obligation to file a trial brief under Local Rule 285, but if a party wishes to do so, the briefs must be in accordance with Local Rule 285 and filed on or before September 22, 2025.