# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SINGH, et al., | Case No. 1:18-cv-01126-JLT-SAB |
| Plaintiffs, | ORDER GRANTING DEFENDANT LIVINGSTON COMMUNITY HEALTH'S SUBSTITUTION OF ATTORNEY |
| v. | |
| LIVINGSTON COMMUNITY HEALTH, et al., | (ECF No. 68) |
| Defendants. | |

Defendant Livingston Community Health filed a substitution of attorney form substituting attorney Russell K. Ryan, Ryan Legal, PC, in place of attorney Russell K. Ryan, Motschiedler, Michaelides, Wishon, Brewer & Ryan, LLP. (ECF No. 68.) Accordingly, Russell K. Ryan, Ryan Legal, PC, is substituted as attorney of record for Defendant Livingston Community Health. The Clerk of the Court is directed to terminate attorney Russell K. Ryan, Motschiedler, Michaelides, Wishon, Brewer & Ryan, LLP, as counsel of record for Defendant.

IT IS SO ORDERED.

Dated: **August 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge