# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SINGH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVINGSTON COMMUNITY HEALTH, et al., <br><br> Defendants. | Case No. 1:18-cv-01126-JLT-SAB <br><br> ORDER REQUIRING PLAINTIFFS TO FILE DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 70) <br><br> **SEPTEMBER 30, 2025 DEADLINE** |

On September 8, 2025, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed within 21 days. (ECF No. 70.) Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Plaintiffs shall file dispositional documents **no later than September 30, 2025**.

Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **September 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge