# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SINGH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIVINGSTON COMMUNITY HEALTH, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01126-JLT-SAB<br><br>ORDER REGARDING STIPULATION AND NOTICE OF CONSENTS TO DISMISSAL OF TENTH AND ELEVENTH CAUSES OF ACTION<br><br>(ECF Nos. 72, 73) |

The parties, relators Tarlochan Singh, DDS and Dr. Sukhmeet Kaur, and defendants Livingston Community Health, Hilmar Dental Center and Delhi Dental Center, have filed a stipulation to dismiss relators' tenth and eleventh causes of action for violation of the False Claims Act and the California False Claims Act, respectively, and the United States of America and the State of California have filed a Notice of Consents to Dismissal of those two causes of action.

In light of the stipulation and notice of consents, the Court HEREBY ORDERS that:

1. Relators' tenth and eleventh causes of action for violation of the False Claims Act and the California False Claims Act, respectively, are dismissed with prejudice as to relators Tarlochan Singh, DDS and Dr. Sukhmeet Kaur; and

///

///

2. Relators' tenth and eleventh causes of action for violation of the False Claims Act and the California False Claims Act, respectively, are dismissed without prejudice as to the United States of America and the State of California.

IT IS SO ORDERED.

Dated: __October 2, 2025__

STANLEY A. BOONE
United States Magistrate Judge

2