# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SINGH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVINGSTON COMMUNITY HEALTH, et al., <br><br> Defendants. | Case No. 1:18-cv-01126-JLT-SAB <br><br> ORDER REQUIRING PLAINTIFFS TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE ISSUED FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE <br><br> (ECF No. 71) <br><br> **SEVEN-DAY DEADLINE** |

On September 8, 2025, the parties filed a notice of settlement, informing the Court that a settlement had been reached and that dispositional documents would be filed within 21 days. (ECF No. 70.)  On September 9, 2025, the Court issued an order setting the deadline to file dispositional documents by September 30, 2025 in accordance with Local Rule 160(b) ("Upon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.").  The deadline to file dispositional documents has now expired, and Plaintiffs have failed to file such documents or otherwise request an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require Plaintiffs to show cause why sanctions should not be issued for the failure to file dispositional documents in compliance with the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause in writing **within seven (7) days** from the date of entry of this order, why sanctions should not be issued for the failure to file dispositional documents by the deadline required by the September 9, 2025 order (ECF No. 71). Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **October 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge