# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARLOCHAN SINGH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LIVINGSTON COMMUNITY HEALTH, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01126-JLT-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL<br><br>(ECF Nos. 75, 76) |

On October 6, 2025, the Court issued an order to show cause, requiring the parties to show cause in writing why sanctions should not be imposed for failure to file dispositional documents by the court ordered deadline. (ECF No. 75.) On October 8, 2025, Plaintiff timely filed a declaration responding to the order to show cause (ECF No. 76), along with a signed stipulation of dismissal. (ECF No. 76-1.) Satisfied with the responses from Plaintiff, the Court will discharge the order to show cause and direct the Clerk to close this case.

Accordingly, the Court HEREBY ORDERS that:

1. The October 6, 2025 order to show cause is DISCHARGED (ECF No. 75); and
2. In light of the stipulation (ECF No. 76), this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed pursuant to the terms of the stipulation. See (ECF 76-1, Exhibit

A.) Accordingly, the Clerk of the Court is hereby DIRECTED to close the file in this case and adjust the docket to reflect stipulated dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**October 9, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

2